

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

# SEALED CASE